**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JAMES J. HOVANEC,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:14-CV-409** |
| | § | **(JUDGE MAZZANT)** |
| **MIDWEST UNDERGROUND, INC.,** | § | |
| **K&M EQUIPMENT, INC., AND** | § | |
| **MIKE D. MURPHY, INDIVIDUALLY** | § | |
| ***Defendants.*** | § | |

## APPLICATION FOR TURNOVER ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Section 31.002 of the Texas Civil Practice and Remedies Code, JAMES J. HOVANEC ("*Mr. Hovanec*" or "*Plaintiff*"), Plaintiff and judgment creditor, files this, his Application for Turnover Order (the "*Application*") in order to aid the satisfaction of a judgment granted by this Court in favor of Plaintiff against Defendants, MIDWEST UNDERGROUND, INC. ("*Midwest*"), K&M EQUIPMENT, INC. ("*K&M*"), and MIKE D. MURPHY, individually ("*Murphy*") (collectively, the "*Defendants*") and in support shows the following:

1. On February 2, 2015, the Court granted a final judgment against Defendants in favor of Mr. Hovanec in the principal amount of $300,000, accrued interest in the amount of $103,758.49, plus interest at the rate of twelve percent (12%) from May 7, 2014 until paid, and attorneys' fees and costs [Docket No. 19] ("*Judgment*").

2. On June 23, 2015, the Court entered an order awarding Mr. Hovanec's attorneys' fees and expenses in the amount of $34,566.93 [Docket No. 25].

3. The total amount of the Judgment plus Mr. Hovanec's attorneys' fees equals $438,325.42, not including the interest that has accrued from May 7, 2014 at the rate of 12% ("*Judgment Debt*").

4. Since the Judgment was entered, Defendants have paid Mr. Hovanec $332,000, but the remainder of the Judgment Debt and the accrued interest on the Judgment Debt remains unpaid.

5. Mr. Hovanec moves the Court to order Defendants to identify, turnover and assign all of Defendants' non-exempt cash, cash equivalents, certificates of deposit, accounts receivable and notes receivable (collectively, the "*Assets*") to Mr. Hovanec's attorneys at McGuire, Craddock & Strother, P.C. at 2501 North Harwood, Suite 1800, Dallas, Texas 75201 on or before a date within ten (10) days of the entry of the Court's order granting Plaintiff's Application, for execution in satisfaction of the unpaid Judgment Debt.

6. None of the Defendants reside or are located in Texas and do not have assets in Texas sufficient to satisfy the unpaid Judgment Debt that can be attached or levied by ordinary judicial process.

7. In addition to the Assets, Mr. Hovanec requests the Court order Defendants to turn over all documents that Mr. Hovanec might require to identify and collect Defendants' receivables, including but not limited to: contracts, notes, invoices, credit memos, bills of lading and account statements.

8. Pursuant to TEX. CIV. PRAC. & REM. CODE §31.002(e), Plaintiff is entitled to recover its reasonable attorneys' fees and costs in prosecution of this Application. As set forth in the Affidavit of James G. Rea attached as **Exhibit A**, Mr. Hovanec has incurred $1,080 in

attorneys' fees associated with prosecution of this Application and is anticipated to incur an additional fees for a hearing on the Application.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court issue an order granting Plaintiff the following:

(i) Entering an order requiring Defendants Midwest, K&M and Murphy, to identify and turnover, within ten (10) days of the entry of an order requiring them to do so, all of Defendants' nonexempt cash, cash equivalents, certificates of deposit, accounts receivable and notes receivable together with all documents that Mr. Hovanec might require to collect Defendants' receivables, including but not limited to: contracts, notes, invoices, credit memos, bills of lading and account statements to Mr. Hovanec's attorneys, McGuire, Craddock & Strother, P.C. at 2501 N. Harwood, Suite 1800, Dallas, Texas, 75201 for execution towards satisfaction of the unpaid Judgment Debt.

(ii) Awarding Mr. Hovanec his reasonable and necessary attorneys' fee and all expenses incurred in obtaining turnover relief and executing on Defendants' property;

(iii) Ordering Defendants to immediately pay Mr. Hovanec's attorneys' fees and costs incurred for the prosecution of this Motion and Application for Turnover Relief; and

(iv) Granting Plaintiff such other and further relief, general or special, at law or in equity, to which Plaintiff may show itself justly entitled.

Respectfully submitted,

*/s/ James G. Rea* *[2015-08-31]*
**MARC W. TAUBENFELD**
Texas Bar Number 19679800
**JAMES G. REA**
Texas Bar Number 24051234
**MCGUIRE CRADDOCK STROTHER PC**
2501 North Harwood, Suite 1800
Dallas, Texas 75201
T: (214) 954-6800
F: (214) 954-6850
mtaubenfeld@mcslaw.com
jrea@mcslaw.com
**ATTORNEYS FOR PLAINTIFF AND JUDGMENT CREDITOR, JAMES J. HOVANEC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 27th and August 28, 2015, I attempted to confer telephonically with Mr. Frances, counsel for Defendants, concerning the relief requested in this Motion. On August 28, 2015, I received an email from Mr. Frances confirming that he opposes the relief requested in this Motion.. The matter is presented to the Court for determination.

*/s/ James G. Rea [2015-08-31]*
**JAMES G. REA**

## CERTIFICATE OF SERVICE

I, James G. Rea, certify that on August 31, 2015, my office served the foregoing document, via electronic service, facsimile or certified, return receipt requested US Mail, on:

**PAUL. E. FRANCES**
Texas Bar No. 07359500
**JAMES E. PHILLIPS**
Texas Bar No. 24060423
**BAKER & HOSTETLER, LLP**
One Main Street, Suite 1100
Houston, Texas 77002
T: (713) 646-1334
F: (713) 751-1717
pfrancis@bakeraw.com
jphillips@bakerlaw.com
ATTORNEYS FOR DEFENDANTS

*/s/ James G. Rea [2015-08-31]*
**JAMES G. REA**