**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JAMES J. HOVANEC,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:14-CV-409** |
| | § | **(JUDGE MAZZANT)** |
| **MIDWEST UNDERGROUND, INC.,** | § | |
| **K&M EQUIPMENT, INC., AND** | § | |
| **MIKE D. MURPHY, INDIVIDUALLY** | § | |
| ***Defendants.*** | § | |

**ATTORNEY FEE AFFIDAVIT**
**OF JAMES G. REA**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

On this day, JAMES G. REA, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath he said:

1. "My name is James G. Rea. I am over the age of eighteen (18) years and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am an associate attorney employed by the law firm of McGuire, Craddock & Strother, P.C. ("*MCS*"). I have been licensed to practice law in Texas since November 4, 2005 and in Oklahoma since November 2011. I am admitted to practice before the United States District Court for the Eastern District of Texas as well as the Southern, Northern and Western Districts of Texas. I am also admitted to practice before the United States Court of Appeals for the Tenth Circuit. Throughout my career, the primary focus of my practice has been in bankruptcy and commercial litigation.

3. "Mr. Hovanec retained MCS on an hourly fee basis to collect the amounts owed to him by Defendants under the promissory note that is the subject of this litigation. Throughout the course of this litigation I have been the attorney with primary responsibility for handling this case. My hourly rate was $300 in 2015. It is my opinion that this rate is reasonable and customary for the experience level of these professionals in this locale.

4. "Mr. Hovanec engaged MCS on or about March 31, 2014. The Court awarded Mr. Hovanec judgment against Defendants on June 23, 2015.

5. "According to my firm's detailed record of time and expenses, I spent a total of 3.6 hours preparing an Application for Turnover and proposed order for the purpose of assisting Mr. Hovanec in enforcing the judgment and collecting the amounts owed to him by the judgment debtors. These records were made at or near the time of when the activity recorded was undertaken. Such entries were made by persons with actual knowledge of the activity recorded in the records. At my hourly rate of $300, this equals $1,080 in attorneys' fees. My work included conferring with Mr. Hovanec, conferring with Defendants' counsel and drafting the Application and proposed order granting the Application. It is my opinion that the work represented by this expenditure of time was reasonable and necessary. Moreover, it is my opinion that all of these hours were directly related to pursuing the relief requested in the Application for Turnover.

6. "Mr. Hovanec's attorneys' fees and costs to prosecute the Application for Turnover are recoverable pursuant to Tex. Civ. Prac. & Rem. Code 31.002(e).

7. "I am familiar with the usual and customary attorneys' fees charged for similar representation in cases of this nature. Based on my experience with those similar representations and after my review of MCS' detailed time records which detail the time spent by MCS professionals preparing the Application, I am of the opinion that reasonable and necessary attorneys' fees incurred by Mr. Hovanec in this matter through the filing of the Application are $960. In reaching this opinion, I have considered all of the factors mandated by the Texas State Disciplinary Rules, as well as the terms of MCS' engagement with Mr. Hovanec.

8. "I estimate that an additional amount of $300 as the reasonable and necessary attorneys' fees to prepare for the hearing on this in the event the Court allows a hearing on the Application by telephone and $1,050 if the hearing requires attendance due to the travel time required.

"FURTHER, AFFIANT SAYETH NOT."

Dated: August 31, 2015

[signature]

**JAMES G. REA**, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this August 31, 2015, to certify which witness my hand and seal of office.

[signature]

Notary Public, State of Texas

RHONDA TIERNEY
MY COMMISSION EXPIRES
FEBRUARY 19, 2019
NOTARY PUBLIC STATE OF TEXAS