**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JAMES J. HOVANEC,** *Plaintiff,* | § § § | |
| **V.** | § § | **CIVIL ACTION NO. 4:14-CV-409 (JUDGE MAZZANT)** |
| **MIDWEST UNDERGROUND, INC., K&M EQUIPMENT, INC., AND MIKE D. MURPHY, INDIVIDUALLY** *Defendants.* | § § § § | |

## ORDER GRANTING TURNOVER RELIEF

On this date the Court considered the Application for Turnover Order (the "*Application*") filed by JAMES J. HOVANEC ("*Mr. Hovanec*" or "*Plaintiff*"), Plaintiff and judgment creditor in this cause, requesting the Court issue an order for turnover relief to aid the satisfaction of a judgment granted by this Court in favor of Plaintiff against Defendants, MIDWEST UNDERGROUND, INC.; K&M EQUIPMENT, INC.; and MIKE D. MURPHY, individually (collectively, the "*Defendants*").

The Court, having reviewed the Application and the file herein, having determined that Plaintiff is entitled to satisfaction of the judgment awarded by this Court, is of the opinion that the Application should be granted.

IT IS THEREFORE ORDERED that the Application is granted.

It is FURTHER ORDERED that Defendants are ordered to identify, turnover and assign, within ten (10) days of the entry of this order, all of Defendants' nonexempt cash, cash equivalents, certificates of deposit, accounts receivable and notes receivable, together with all documents that Mr. Hovanec might require to collect Defendants' receivables, including but not limited to: contracts, notes, invoices, credit memos, bills of lading and account statements, to Mr. Hovanec's attorneys, McGuire, Craddock & Strother, P.C. at 2501 North Harwood,

Suite 1800, Dallas, Texas 75201 to be applied towards satisfaction of the unpaid judgment debt owed to Mr. Hovanec.

It is FURTHER ORDERED that Plaintiff is awarded $1,380 as reasonable and necessary attorneys' fees incurred in prosecution of the Application.

It is FURTHERED ORDERED that Plaintiff is awarded all further attorneys' fees and expenses associated with satisfaction of the judgment.

It is FURTHER ORDERED that Plaintiff is entitled to all writs and papers necessary for the enforcement of this order without further order.