DC 11
Rev. 7/82

# WRIT OF EXECUTION

| | |
|---|---|
| United States District Court | DISTRICT Eastern District of Texas, Sherman Division |

TO THE MARSHAL OF: Eastern District of Texas, Sherman Division, 302 Federal Bldg., 101 East Pecan St., Sherman, TX 75090

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Midwest Underground, Inc., 3150 5th Ave., East Moline, IL 61244; and 9080 Teasley Lane, Denton, TX 76210;

K&M Equipment, Inc., 3150 5th Ave., East Moline, IL 61244; and
Mike D. Murphy, c/o Midwest Underground, Inc., 3150 5th Ave., East, Moline, IL 61244

you cause to be made and levied as well a certain debt of: Outstanding Principal Balance: $300,000.00

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Principal Balance: $300,000.00 and | Accrued Interest as of May 6, 2014: $103,758.49 |

In the United States District Court for the Eastern District of Texas, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Plus interest on principal balance of the Note at the rate of twelve percent (12%) per annum from May 7, 2014, until paid, plus attorneys' fees and costs of court in the amount of $34,566.93, pursuant to this Court's Memorandum Opinion and Order signed and entered on June 23, 2015.

Credits: $332,000.00 paid post judgment

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE | DISTRICT Eastern District of Texas, Sherman Division |
| CITY | DATE |

Witness the Honorable ______________________________
*(United States Judge)*

| | |
|---|---|
| DATE | CLERK OF COURT |
| | (BY) DEPUTY CLERK |

**RETURN**

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U. S. MARSHAL | (BY) DEPUTY MARSHAL |